Janina M. Hoskins

P.O. Box 158

Middletown, CA 95461
Telephone: (707) 569-9508

Trustee in Bankruptcy



IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco

In re:

CHAN, HAL
CHAN, SARUNYA

Debtor(s)

Case No. 10-34551 MD

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,417.98. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 29 | Frederick W. Farley, Sr.<br>3220 Ralston Avenue<br>Hillsborough, CA 94010-6726 | $125,040.85 | $1,417.98 |

Dated: August 4, 2015

Janina M. Hoskins, TRUSTEE